# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trsutee, Plaintiffs, v. George W. Myler, Jr. d/b/a Myler Trucking, Defendant. | FILED: MAY 28, 2008<br>08CV3087 J. N.<br>JUDGE KENNELLY<br>MAG. JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs

| NAME (Type or print) |
|---|
| Albert M. Madden |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Albert M. Madden |

| FIRM |
|---|
| Central States Law Department, Tenth Floor |

| STREET ADDRESS |
|---|
| 9377 West Higgins Road |

| CITY/STATE/ZIP |
|---|
| Rosemont, IL 60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03127399 | 847-518-9800, Ext. 3478 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐