## United States District Court for the Northern District of Illinois

Case Number: 08cv3087               Assigned/Issued By: j. n.

Judge Name: KENNELLY              Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00     [ ] $5.00

[ ] IFP        [ ] No Fee     [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____              Receipt #: 2811518_____

Date Payment Rec'd: 5/28/08_____      Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _5/29/08_ as to _DEFENDANT_____
                                  (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05