369

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, Trustee,
et al., Plaintiffs,

V.

George W. Myler, Jr. d/b/a Myler Trucking,
Defendant.

CASE NUMBER: 08 CV 3087

ASSIGNED JUDGE: Judge Kennelly

DESIGNATED
MAGISTRATE JUDGE: Mag Judge Brown

TO: (Name and address of Defendant)

George W. Myler, Jr.
d/b/a Myler Trucking
8815 S 750 W
Covington, IN 47932

DATE RECEIVED _____
DATE OF SERVICE  6-26-08
SERVICE BY:
☒ PERSONAL SERVICE
☐ COPY LEFT AT ADDRESS
☐ COPY BY U.S. MAIL
COMMENTS _____
86-2 miller

SERVED BY: WARREN COUNTY SHERIFF'S DEPT.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cathy L. Rath
Central States, Southeast and Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, IL 60018-4938

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 29, 2008
Date