## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | Case No. 08 C 3087 |
| v. | ) ) | Judge Matthew F. Kennelly |
| GEORGE W. MYLER, JR., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Cathy L. Rath, one of the attorneys for Central States, Southeast and Southwest Areas Pension Fund, certify that I served a copy of the Court's July 7, 2008 Minute Order upon George W. Myler, Jr. via United Parcel Service overnight delivery on July 11, 2008 from 9377 West Higgins Road, Rosemont, Illinois 60018.  A copy of the transmittal letter and delivery notification is attached hereto as Group Exhibit A.

Respectfully submitted,

/s/ Cathy L. Rath
Cathy L. Rath (ARDC #06275744)
One of Central States' Attorneys
9377 West Higgins Road
Rosemont, IL 60018
(847) 518-9800, Ext. 2343

July 17, 2008

F:258959 / 07411026 / 7/17/08

# GROUP EXHIBIT A



# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS
## HEALTH AND WELFARE AND PENSION FUNDS

LAW DEPARTMENT

P.O. BOX 5123
DES PLAINES, IL 60017-5123
TELEPHONE (847) 518-9800, Ext. 2343
FAX (847) 518-9797
E-MAIL: crath@centralstates.org

DIRECT OVERNIGHT
MAIL TO:
9377 W HIGGINS RD
ROSEMONT IL 60018-4938

CATHY L. RATH
ATTORNEY

July 11, 2008

**VIA UPS OVERNIGHT DELIVERY**
**TRACKING NO. 1Z 395 1X9 01 9274 0518**
George W. Myler, Jr.
8815 S. 750 W.
Covington, IN 47932

RE:   *Central States, Southeast and Southwest Areas Pension Fund*
      *v. George W. Myler, Jr. d/b/a Myler Trucking*
      Case No. 08 C 3087
      Control No. 08310046

Dear Mr. Myler:

In accordance with the Court's July 7, 2008, minute order, I am advising you that the Court has scheduled an initial status hearing in this case for August 28, 2008, at 9:30 a.m. Judge Kennelly sits in Room 2103 of the Dirksen Federal Building, located at 219 S. Dearborn Street, Chicago, Illinois. A copy of the Court's minute order is enclosed for your review.

Please be advised that your failure to answer or otherwise respond to the complaint may result in the entry of an order of default and a default judgment.

Very truly yours,

Cathy L. Rath
Attorney

CLR/cb

Enclosure

F:267592 / 08310046 / 7/11/08

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3087 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Central States (etc.), et al. vs. Myler | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 8/28/08 at 9:30 a.m.  Plaintiffs' counsel is directed to advise defendant or defendant's counsel of the hearing date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|



## Shipment Receipt                    (Keep this for your records.)

**Transaction Date** 11 Jul 2008

### Address Information

**Ship To:**
George W. Myler, Jr.
8815 S. 750 W.
COVINGTON IN 47932-7922
Residential

**Shipper:**
CENTRAL STATES
Connie Boven
847-518-9800 x3555
9377 W HIGGINS
ROSEMONT IL 60018

### Shipment Information

| | | |
|---|---|---|
| **Service:** | UPS Next Day Air | |
| *Guaranteed By: | 12:00 PM, Mon. 14 Jul. 2008 | |
| **Quantum View Notify** SM **1:** | cboven@centralstatesfunds.org | |
| Delivery | | |
| **E-mail Failure Notification:** | cboven@centralstatesfunds.org. . . . . . . . . . . . . . . . . | No Charge |
| **Quantum View Notify** SM | Total: . . . . . . . . . . . . . . . . . | No Charge |

| | | |
|---|---|---|
| **Fuel Surcharge:** | . . . . . . . . . . . . . . . . . | **6.08 |
| **Shipping:** | . . . . . . . . . . . . . . . . . | **18.70 |

### Package Information

**Package 1 of 1**
| | |
|---|---|
| Tracking Number: | 1Z3951X90192740518 |
| Package Type: | UPS Letter |
| Actual Weight: | Letter |
| Billable Weight: | Letter |

### Billing Information

| | | |
|---|---|---|
| **Bill Shipping Charges to:** | Shipper's Account 3951X9 | |
| **Total:** | **All Shipping Charges in USD** | **24.78 |

**Note:** Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

** Detailed information on fuel surcharges is also available.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per

package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

CONNIE BOVEN - UPS Delivery Notification, Tracking Number 1Z3951X90192740518

From:     "UPS Quantum View" <auto-notify@ups.com>
To:       <cboven@centralstatesfunds.org>
Date:     7/14/2008 11:43 AM
Subject:  UPS Delivery Notification, Tracking Number 1Z3951X90192740518



***Do not reply to this e-mail. UPS and the shipper will not receive your reply.

**At the request of the shipper, this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 14-July-2008 / 11:59 AM
**Driver Release Location:** FRONT DOOR

## Shipment Detail

**Ship To:**
George W. Myler, Jr.
8815 S 750 W
COVINGTON
47932
US

**UPS Service:**      NEXT DAY AIR
**Shipment Type:**    Letter

**Tracking Number:** 1Z3951X90192740518

_____2II2II2x8jrhI5OzjMbJYObJT4cvpTcTbpK3Jqpmj46_____



Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2008 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

file://C:\Documents and Settings\cboven\Local Settings\Temp\XPgrpwise\487B3BE1CENTRAL...     7/14/2008

For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS