IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.:  08 CV 3087 |
| vs. | ) ) | Judge Kennelly |
| GEORGE W. MYLER, JR. d/b/a MYLER TRUCKING, an Indiana resident, | ) ) ) ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  George W. Myler, Jr.
     d/b/a Myler Trucking
     8815 S. 750 W.
     Covington, IN 47932

PLEASE TAKE NOTICE that on Thursday, August 14, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Matthew F. Kennelly, District Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2103, Chicago, Illinois, or such other Judge as may be in his stead, and present the attached Plaintiffs' Motion for Entry of Order of Default and Judgment by Default.

F: 269822 / 08310046 / 08/04/08               -1-

Respectfully submitted,


/s/ Cathy L. Rath
Cathy L. Rath (ARDC # 06275744)
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas
Pension Fund
9377 West Higgins Road
Rosemont, Illinois  60018-4938
847/518-9800, Ext. 2343

August 6, 2008

## **CERTIFICATE OF SERVICE**

I, Cathy L. Rath, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that on the 6th day of August, 2008, I caused the foregoing Plaintiffs' Motion for Entry of Order of Default and Judgment by Default to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by e-filing and mailing said documents to:

> George W. Myler, Jr.
> d/b/a Myler Trucking
> 8815 S. 750 W.
> Covington, IN 47932

Said documents were faxed and deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 6th day of August, 2008.

>                         /s/ Cathy L. Rath
>                         Cathy L. Rath
>                         One of Central States' Attorneys