# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3087 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Central States vs. George Myler | | |

**DOCKET ENTRY TEXT**

Motion for default judgment is granted. Judgment by default is entered in favor of plaintiffs, and against defendant George W. Myler, in the total amount of $62,106.60. Status hearing set for 8/28/2008 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|